Howard N. Wollitz, SBN 58674
Allan J. Favish, SBN 99651
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
(310) 551-7006 • Fax: (310) 203-9321
hwollitz@crwllp.com, afavish@crwllp.com

Attorneys for Plaintiff and Counterdefendant
PROASSURANCE CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROASSURANCE CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHLOMO RECHNITZ; BRIUS MANAGEMENT COMPANY, INC.; BRIUS, LLC; VERDUGO VALLEY SKILLED NURSING & WELLNESS CENTRE, LLC; CARL POPULUS; and DOES 1 – 50, inclusive,<br><br>Defendants.<br><br>VALLEY SKILLED NURSING & WELLNESS CENTRE, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>PROASSURANCE CASUALTY COMPANY,<br><br>Counterdefendant. | Case No. 2:16-cv-08603-AB-JC<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>JUDGE: Hon. André Birotte Jr. |

Based upon the stipulation of Plaintiff and Counterdefendant ProAssurance Casualty Company, Defendants Shlomo Rechnitz, Brius Management Company, Inc., and Brius, LLC, and Defendant/Counterclaimant Verdugo Valley Skilled

Nursing & Wellness Centre, LLC for an order dismissing the entire captioned action with prejudice, with each party to bear his, her or its own legal fees and costs, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The above captioned action is dismissed with prejudice in its entirety.
2. Each party shall bear his, her or its own legal fees and costs.

**IT IS SO ORDERED**

Dated: April 25. 2017

_____
HONORABLE ANDRÉ BIROTTE JR.